United States District Court
Middle District of Florida
Tampa Division

**GERALD L. EUBANKS and
DETERMINATION III 130 WESTPORT, LLC,**

       *Plaintiffs,*

v.                        **No. 8:25-cv-614-CEH-AAS**

**HOWARD LUTNICK, in his official capacity
as Secretary of the United States Department of
Commerce; and NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,**

       *Defendants.*

---

## Unopposed Motion for Special Admission

Jane P. Davenport, Esquire, moves for special admission to represent proposed defendant-intervenors Whale and Dolphin Conservation, Defenders of Wildlife, Conservation Law Foundation, and Center for Biological Diversity in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the District of Columbia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Jane P. Davenport
Defenders of Wildlife
1130 17th St NW
Washington, DC 20036
jdavenport@defenders.org
(202) 682-9400 (tel)

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party is not opposed to my special admission.