UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GERALD L. EUBANKS *et al.*, | ) |
| | ) No. 8:25-cv-614-CEH-AAS |
| Plaintiffs, | ) |
| | ) **CONSERVATION GROUPS'** |
| v. | ) **NOTICE OF INTENT TO** |
| | ) **COMPLY WITH PROPOSED** |
| HOWARD LUTNICK *et al.*, | ) **SCHEDULING ORDER** |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| WHALE AND DOLPHIN | ) |
| CONSERVATION *et al.*, | ) |
| | ) |
| Defendant-Intervenors (proposed). | ) |

Plaintiffs filed this action on March 14, 2025, challenging citations and civil penalties levied for their violations of the 2008 Vessel Speed Rule that helps protect the critically endangered North Atlantic right whale from deadly vessel strikes. ECF No. 1. On March 21, 2025, Conservation Groups moved to intervene to defend the rule's validity. ECF No. 20.

On March 27, 2025, Federal Defendants notified this Court that they take no position on the motion. ECF No. 27. On April 4, 2025, Plaintiffs filed their opposition. ECF No. 29. On April 9, 2025, Conservation Groups sought

1

leave to file a reply. ECF No. 30. The Court granted this request on the same day. ECF No. 31. Conservation Groups filed their reply on April 18, 2025.

On May 27, 2025, Federal Defendants filed their answer. ECF No. 34. On June 24, 2025, Plaintiffs and Federal Defendants filed a joint motion for entry of a scheduling order. ECF No. 35. The parties did not confer with Conservation Groups regarding the proposed scheduling order.

Conservation Groups hereby respectfully state that, to avoid any possible prejudice or delay, they will comply with the proposed briefing schedule and page limits if they are granted intervenor status.

Respectfully submitted this 27th day of June, 2025,

/s/ Jane P. Davenport
Jane P. Davenport (*pro hac vice*)
DEFENDERS OF WILDLIFE
1130 17th St. NW
Washington, DC 20036
(202) 682-9400 (tel)
jdavenport@defenders.org
*Lead Counsel*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
(510) 844-7137 (tel)
kmonsell@biologicaldiversity.org

Erica A. Fuller (*pro hac vice*)
CONSERVATION LAW
FOUNDATION
62 Summer St.
Boston, MA 02110
(617) 850-1727 (tel)
efuller@clf.org

*Attorneys for Proposed Defendant-Intervenors*

2