UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD L. EUBANKS and
DETERMINATION III WESTPORT
130, LLC

    Plaintiffs,

v.                                                                    Case No: 8:25-CV-614-CEH-AAS

HOWARD LUTNICK, *in his official capacity as Secretary of the United States Department of Commerce*, and
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,

    Defendants.

**ORDER**

This matter comes before the Court upon the parties' Joint Motion for Entry of Scheduling Order Relief (Doc. 35). The parties have agreed that this case may be resolved through cross-motions for summary judgment based on an administrative record to be produced by Defendants in accordance with Local Rules 3.01(a) & 3.02(d)(2). *See* Doc. 35. Upon consideration, it is **ORDERED**:

1. The Court sets the following schedule:

    a. Defendants to produce Administrative Record via file transfer: August 29, 2025.
    b. Plaintiffs to file motion for summary judgment: October 3, 2025.
    c. Defendants to file combined response and cross-motion for summary judgment: November 14, 2025.
    d. Plaintiffs to file combined response and reply: December 19, 2025.
    e. Defendants to file reply: January 23, 2026.

  f. Parties to file joint excerpts of administrative record: February 10, 2026.
  g. Oral argument on the motions for summary judgment: April 2, 2026 at 1:30 p.m.

2. The Court sets the following requirements for the summary judgment briefing:

  a. Plaintiff's motion for summary judgment shall be no more than **twenty-five (25) pages**. Local Rule 3.01(a).
  b. Defendant's combined response and cross motion for summary judgment shall be no more than **twenty-five (25) pages**. Local Rule 3.01(a).
  c. Plaintiff's combined response and reply shall be no more than **fifteen (15) pages**.
  d. Defendant's reply shall be no more than **fifteen (15) pages**.
  e. Both the movant and the party opposing summary judgment shall provide pinpoint citations to the pages and lines of the record supporting each material fact.
  f. On or before the date on which Defendant's combined response and cross motion for summary judgment is due, the parties **SHALL** also file a stipulation of agreed material facts signed by the movant and the parties opposing summary judgment. Material facts set forth in the stipulation will be deemed admitted for the purposes of the motion.

**DONE** and **ORDERED** in Tampa, Florida on July 2, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
Unrepresented Parties