IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| GERALD L. EUBANKS and | * | |
| DETERMINATION III 130 WESTPORT, LLC, | * | |
| *Plaintiffs,* | * | No. 8:25-CV-614-CEH-AAS |
| v. | * | |
| HOWARD LUTNICK, in his official capacity as Secretary of the United States Department of Commerce; and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, | * | |
| *Defendants,* | * | |

**ADMINISTRATIVE RECORD CERTIFICATION FOR ENFORCEMENT ACTION**

I, Amy Kauffman, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am the Paralegal Specialist for the Enforcement Section of the Office of the General Counsel for the National Oceanic and Atmospheric Administration (NOAA) within the U.S. Department of Commerce. My office is located in Juneau, Alaska.

2. In my capacity as Paralegal Specialist, I have custody and control of the NOAA documents that were used to compile the Administrative Record for NOAA Docket Number SE2303316, M/V Determination III, in the Matter of Determination III 130 Westport, LLC and Gerald L. Eubanks, consisting of all documents, correspondence, pleadings, and orders

1

in the above referenced matter before the U.S. Environmental Protection Agency Administrative Law Judge and the NOAA Administrator.

3. I certify, to the best of my knowledge and belief and based on the claims raised in the current Complaint, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning the subject NOAA case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025

*Amy Kauffman*   2025.08.25 10:17:01 -08'00'

Amy Kauffman
Paralegal Specialist, Enforcement Section
NOAA Office of the General Counsel

| Bates Range | Date | Document Title/Description |
|---|---|---|
| Administrative Record for NOAA Docket Number SE2303316, M/V Determination III, in the Matter of Determination III 130 Westport, LLC and Gerald L. Eubanks. | | |
| Eubanks, et al. v. National Marine Fisheries Service, et al. | | |
| Case No. 8:25-cv-614-CEH U.S. District Court, Middle District, Florida | | |
| Date of Filing: August 25, 2025 | | |
| **Administrative Law Judge** | | |
| NOAA_000001-NOAA_000008 | 11/14/2023 | 1_NOVA & Hearing Request.pdf |
| NOAA_000009-NOAA_000013 | 11/24/2023 | 2_Order of Designation.pdf |
| NOAA_000014-NOAA_000023 | 11/24/2023 | 3_Prehearing Order.pdf |
| NOAA_000024-NOAA_000025 | 12/1/2023 | 4_Agency NOA, Preliminary Statement & Status Report.pdf |
| NOAA_000026-NOAA_000027 | 12/1/2023 | 5_Agency Notice of Typographical Error in the NOVA.pdf |
| NOAA_000028-NOAA_000030 | 12/15/2023 | 6_Respondents_ NOA and Preliminary Statement.pdf |
| NOAA_000031-NOAA_000143 | 1/4/2024 | 7_Agency Initial Disclosure.pdf |
| NOAA_000144-NOAA_000158 | 1/26/2024 | 8_Respondents_ Initial Disclosures.pdf |
| NOAA_000159-NOAA_001322 | 1/26/2024 | 8-01_Exhibits to Respondents Initial Disclosures.pdf |
| NOAA_001323-NOAA_001325 | 2/22/2024 | 9_Order to Submit Joint Status Report.pdf |
| NOAA_001326-NOAA_001327 | 2/28/2024 | 10_Agency Notice of Appearance (J- Heckwolf).pdf |
| NOAA_001328-NOAA_001330 | 2/28/2024 | 11_Agency Status Report and Request for Additional Time.pdf |
| NOAA_001331-NOAA_001332 | 3/8/2024 | 12_Respondents Notice of Unavailability.pdf |
| NOAA_001333-NOAA_001334 | 3/8/2024 | 13_Agency Notice of Unavailability.pdf |
| NOAA_001335-NOAA_001338 | 3/11/2024 | 14_Order on Request for Additional Time to Respond.pdf |
| NOAA_001339-NOAA_001341 | 4/11/2024 | 15_Joint Motion for Initial Decision Based on Stipulated Record.pdf |
| NOAA_001342-NOAA_001345 | 4/19/2024 | 16_Order on Joint Motion for Initial Decision Based on Stipulated Record.pdf |
| NOAA_001346-NOAA_001352 | 4/26/2024 | 17_Joint Stipulated Facts, Expected Testimony & Exhibits.pdf |
| NOAA_001353-NOAA_001409 | 7/17/2023 | 17-01_JX1 - NOAA OLE Offense Investigative Report with Attachments July 17, 2023_redacted.pdf |
| NOAA_001410-NOAA_001546 | 5/26/2005 | 17-02_JX2 - Recovery Plan for the North Atlantic Right Whale May 26, 2005_.pdf |
| NOAA_001547-NOAA_001561 | 6/26/2006 | 17-03_JX3 - Proposed Rule to Implement Speed Restrictions, 71 FR 36299_June 26, 2006_.pdf |
| NOAA_001562-NOAA_001580 | 10/10/2008 | 17-04_JX4 - Final Rule To Implement Speed Restrictions, 73 FR 60173_October 10, 2008_.pdf |
| NOAA_001581-NOAA_001587 | 6/6/2013 | 17-5_JX 5 - Proposed Rule to Eliminate Exp Date.pdf |
| NOAA_001588-NOAA_001598 | 12/9/2013 | 17-06_JX6 - Final Rule To Remove the Sunset Provision, 78 FR 73726_Decem.pdf |
| NOAA_001599-NOAA_001815 | 6/2020 | 17-07_JX7 - NOAA Fisheries, OPR - Vessel Speed Rule Assessment_June 2020_.pdf |
| NOAA_001816-NOAA_001839 | 5/2023 | 17-08_JX8 - Stock Assessment Report for North Atlantic Right Whales_May 2023_.pdf |
| NOAA_001840-NOAA_001875 | 4/24/2024 | 17-09_JX9 - Declaration of Dr- Caroline Good with Enclosures_April 24, 2024_Redacted_.pdf |
| NOAA_001876-NOAA_001878 | 7/9/1970 | 17-10_JX10 - Reorganization Plan No- 4 of 1970.pdf |
| NOAA_001879-NOAA_001898 | 6/13/2024 | 18_Agency Initial Brief.pdf |
| NOAA_001899-NOAA_001903 | 6/29/1988 | 18-01_In the Matter of- Museum Shops, Ltd-, Inc- Ann Lanni, Respondents, 5 O-R-W- 240 (1988).pdf |
| NOAA_001904-NOAA_001923 | 7/3/2024 | 19_Respondents_ Initial Brief.pdf |
| NOAA_001924-NOAA_001936 | 7/26/2024 | 20_Agency Reply Brief.pdf |
| NOAA_001937-NOAA_001949 | 8/2/2024 | 21_Respondents_ Reply Brief.pdf |
| NOAA_001950-NOAA_001962 | 8/2/2024 | 22_Respondents_ CORRECTED Reply Brief.pdf |
| NOAA_001963-NOAA_001968 | 8/29/2024 | 23_Notice Regarding Further Briefing and Supplementing Stipulated Record.pdf |
| NOAA_001969-NOAA_001971 | 9/6/2024 | 24_Agency's Notice Regarding Further Briefing and Supplementing Stipulated Record.pdf |
| NOAA_001972-NOAA_002000 | 11/5/2024 | 25_Initial Decision and Order.pdf |
| **NOAA Administrator** | | |
| NOAA_002001-NOAA_002412 | 12/5/2024 | 25-1_Petition for Review.pdf |
| NOAA_002413-NOAA_002421 | 12/19/2024 | 25-2_Agency_ Answer to Petition for Review.pdf |
| NOAA_002422-NOAA_002426 | 1/12/2025 | 26_Order Denying Respondents Petition for Admin- Review.pdf |