# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GERALD L. EUBANKS and | * |
| DETERMINATION III 130 WESTPORT, LLC, | * |
| *Plaintiffs,* | * |
| v. | * No. 8:25-CV-614-CEH-AAS |
| HOWARD LUTNICK, in his official capacity as Secretary of the United States Department of Commerce; and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, | * |
| *Defendants.* | * |

## ADMINISTRATIVE RECORD CERTIFICATION FOR RULEMAKINGS

I, Kimberly Damon-Randall, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am the Director of the Office of Protected Resources for the National Marine Fisheries Service ("NMFS") within the U.S. Department of Commerce. My office is located in Silver Spring, Maryland.

2. As part of my official duties, I supervise staff who have custody and control of the documents used to compile the Administrative Record for NMFS's: 2008 Final Rule To Implement Speed Restrictions to Reduce the Threat of Ship Collisions With North Atlantic Right Whales (73 FR 60173; October 10, 2008); 2013 Final Rule To Remove the Sunset

1

Provision of the Final Rule Implementing Vessel Speed Restrictions To Reduce the Threat of Ship Collisions With North Atlantic Right Whales (78 FR 73726; December 9, 2013); and 2014 Restatement of Final Rule To Remove the Sunset Provision of the Final Rule Implementing Vessel Speed Restrictions To Reduce the Threat of Ship Collisions With North Atlantic Right Whales (79 FR 34245; June 16, 2014).

3. I certify, to the best of my knowledge and belief and based on the claims raised in the current Complaint, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning the subject rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025

_____
Kimberly Damon-Randall
Director, Office of Protected Resources
National Marine Fisheries Service

| Administrative Record |||
|---|---|---|
| Eubanks, et al. v. National Marine Fisheries Service, et al. |||
| Case No. 8:25-cv-614-CEH U.S. District Court, Middle District, Florida |||
| 8/28/2025 |||
| 2008 NARW Vessel Speed Rule |||
| Bates Range | Date | Document Title/Description |
| NMFS_002427-NMFS_002430.pdf | 5/10/2003 | NARW Ship Strike Reduction Strategy Decision Memo |
| NMFS_002431-NMFS_002432.pdf | 4/30/2004 | Decision Memo for ANPR for NARW Ship Strike Strategy |
| NMFS_002433-NMFS_002440.pdf | 6/1/2004 | 69 FR 30857 ANPR |
| NMFS_002441-NMFS_002442.pdf | 7/7/2004 | 69 FR 30857 ANPR Public Comment Extension 1 |
| NMFS_002443-NMFS_002444.pdf | 9/13/2004 | 69 FR 55135 ANPR Public Comment Extension 2 |
| NMFS_002445-NMFS_002680.pdf | June - November 2004 | Public Comments on ANPR |
| NMFS_002681-NMFS_002681.pdf | 7/25/2005 | Memo on NARW Ship Strike Interagency Work Group |
| NMFS_002682-NMFS_002685.pdf | 2/13/2006 | Proposed Rule Pre-Dissemination Review Form |
| NMFS_002686-NMFS_002853.pdf | 5/23/2006 | Draft Economic Analysis for Proposed Rule and DEIS |
| NMFS_002854-NMFS_002868.pdf | 6/26/2006 | 71 FR 36299 Proposed Rule |
| NMFS_002869-NMFS_002869.pdf | 8/7/2006 | Decision Memo to Extend Proposed Rule Comment Period |
| NMFS_002870-NMFS_002870.pdf | 8/14/2006 | 71 FR 46440 Extension of Proposed Rule Comment Period |
| NMFS_002871-NMFS_003625.pdf | June - October 2006 | Public Comments on Proposed Rule |
| NMFS_003626-NMFS_003627.pdf | 1/31/2007 | ESA Section 7 Concurrence Memo |
| NMFS_003628-NMFS_003629.pdf | 7/25/2008 | Memo to Under Secretary of Commerce for Final Rule |
| NMFS_003630-NMFS_003634.pdf | 7/25/2008 | Decision Memo for Final Rule |
| NMFS_003635-NMFS_003635.pdf | 8/5/2008 | Secretarial Information Memo for Final Rule |
| NMFS_003636-NMFS_003636.pdf | 8/19/2008 | Decision Memo for FEIS |
| NMFS_003637-NMFS_003810.pdf | 8/1/2008 | Economic Analysis for Final Rule and FEIS |
| NMFS_003811-NMFS_004660.pdf | 8/1/2008 | FEIS for Operational Measures to Reduce NARW Strikes |
| NMFS_004661-NMFS_004667.pdf | 10/6/2008 | Final Rule Record of Decision |
| NMFS_004668-NMFS_004764.pdf | 10/8/2008 | Congressional Review Act Final Rule Submission |
| NMFS_004765-NMFS_004783.pdf | 10/10/2008 | 73 FR 60173 Final Rule |
| NMFS_004784-NMFS_004785.pdf | 10/30/2008 | Collection of Information OMB Approval |
| NMFS_004786-NMFS_004787.pdf | 11/19/2008 | Decision Memo for Collection of Information OMB Approval Announcement |
| NMFS_004788-NMFS_004789.pdf | 12/5/2008 | 73 FR 74003 OMB Collection of Information Approval Announcement |
| NMFS_004790-NMFS_004817.pdf | 3/1/2009 | Report of Workshop for Assessing Effectiveness of Final Rule |
| 2013 Sunset Provision Removal |||
| Bates Range | Date | Document Title/Description |
| NMFS_004818-NMFS_004941.pdf | February 2012 | Assessment of 2008 Speed Rule |
| NMFS_004942-NMFS_004949.pdf | June 2012 | Supplemental Information Report to FEIS |
| NMFS_004950-NMFS_004955.pdf | August 1, 2012 | Decision Memo for Proposed Rule to Remove Sunset Provision |
| NMFS_004956-NMFS_004959.pdf | August 8, 2012 | Pre-Dissemination Review Form for Proposed Rule to Remove Sunset Provision |
| NMFS_004960-NMFS_005008.pdf | December 2012 | 2012 Economic Analysis of 2008 Vessel Speed Rule |
| NMFS_005009-NMFS_005015.pdf | June 6, 2013 | 78 FR 34024 Proposed Rule to Remove Sunset Provision |
| NMFS_005016-NMFS_005016.pdf | June 2013 | Sunset Provision Removal Public Comments |
| NMFS_005017-NMFS_005023.pdf | September 20, 2013 | Decision Memo for Final Rule to Remove Sunset Provision |
| NMFS_005024-NMFS_005031.pdf | November 21, 2013 | ESA Section 7 Concurrence Memo for Continuation of Vessel Speed Restrictions |
| NMFS_005032-NMFS_005042.pdf | December 9, 2013 | 78 FR 73726 Final Rule to Remove Sunset Provision |
| 2014 Correction to Sunset Provision Removal |||
| NMFS_005043-NMFS_005052.pdf | May 30, 2014 | Decision Memo for Correcting Amendment to Sunset Provision Removal |
| NMFS_005053-NMFS_005054.pdf | June 16, 2014 | 79 FR 34245 Correcting Amendment to Sunset Provision Removal |
| References |||
| Bates Range | | Document Title/Description |
| NMFS_005055-NMFS_005353.pdf | | Best et al. (2001) |
| NMFS_005354-NMFS_005356.pdf | | BOEM (2012) |
| NMFS_005357-NMFS_005661.pdf | | Brownell et al. (1986) |
| NMFS_005662-NMFS_005676.pdf | | Browning et al. (2010) |
| NMFS_005677-NMFS_005686.pdf | | Calleson and Frolich (2007) |
| NMFS_005687-NMFS_005696.pdf | | Calvo and Silvy (1996) |
| NMFS_005697-NMFS_005953.pdf | | Campbell-Malone (2007) |
| NMFS_005954-NMFS_005972.pdf | | Campbell-Malone et al. (2008) |
| NMFS_005973-NMFS_005978.pdf | | Caswell et al. (1999) |
| NMFS_005979-NMFS_006017.pdf | | Clapham and Pace (2001) |
| NMFS_006018-NMFS_006043.pdf | | Clapham et al. (1999) |
| NMFS_006044-NMFS_006097.pdf | | Clyne (1999) |
| NMFS_006098-NMFS_006113.pdf | | Conn and Silber (2013) |
| NMFS_006114-NMFS_006159.pdf | | DHS and USCG (2013) |
| NMFS_006160-NMFS_006171.pdf | | Firestone (2009) |
| NMFS_006172-NMFS_006176.pdf | | Fujiwara and Caswell (2001) |
| NMFS_006177-NMFS_006185.pdf | | Gende et al. (2011) |
| NMFS_006186-NMFS_006211.pdf | | Glass et al. (2008) |
| NMFS_006212-NMFS_006221.pdf | | Groot Bruinderink and Hazebroek (1996) |
| NMFS_006222-NMFS_006233.pdf | | Gunther et al. (1998) |
| NMFS_006234-NMFS_006263.pdf | | Hamilton et al. (2007) |
| NMFS_006264-NMFS_006269.pdf | | Hazel and Gyuris (2006) |
| NMFS_006270-NMFS_006278.pdf | | Hazel et al. (2007) |
| NMFS_006279-NMFS_006309.pdf | | Henry et al. (2012) |
| NMFS_006310-NMFS_006312.pdf | | Hong Kong Special Administrative Regions (2006) |
| NMFS_006313-NMFS_006351.pdf | | Jensen and Silber (2003) |
| NMFS_006352-NMFS_006359.pdf | | Kite-Powell et al. (2007) |
| NMFS_006360-NMFS_006622.pdf | | Knapp et al. (2004) |
| NMFS_006623-NMFS_006649.pdf | | Knowlton and Brown (2001) |

| File | Reference |
|---|---|
| NMFS_006650-NMFS_006665.pdf | Knowlton and Kraus (2001) |
| NMFS_006666-NMFS_006746.pdf | Knowlton et al. (1995) |
| NMFS_006747-NMFS_006759.pdf | Knowlton et al. (1998) |
| NMFS_006760-NMFS_006769.pdf | Knowlton et al. (2012) |
| NMFS_006770-NMFS_006783.pdf | Kraus (1990) |
| NMFS_006784-NMFS_006789.pdf | Kraus et al. (2001) |
| NMFS_006790-NMFS_006791.pdf | Kraus et al. (2005) |
| NMFS_006792-NMFS_006819.pdf | Kraus et al. (2007) |
| NMFS_006820-NMFS_006827.pdf | Laist and Shaw (2006) |
| NMFS_006828-NMFS_006868.pdf | Laist et al. (2001) |
| NMFS_006869-NMFS_006877.pdf | Langueux et al. (2011) |
| NMFS_006878-NMFS_007090.pdf | Marine Mammal Commission (2006) |
| NMFS_007091-NMFS_007571.pdf | Marine Mammal Commission (2010) |
| NMFS_007572-NMFS_007584.pdf | Mate et al. (1997) |
| NMFS_007585-NMFS_007585.pdf | Moller et al. (2005) |
| NMFS_007586-NMFS_007601.pdf | Moore et al. (2005) |
| NMFS_007602-NMFS_008152.pdf | National Park Service (2003)_Part 1 |
| NMFS_008153-NMFS_008873.pdf | National Park Service (2003)_Part 2 |
| NMFS_008874-NMFS_008897.pdf | Nelson et al. (2007) |
| NMFS_008898-NMFS_008997.pdf | NMFS (1991) |
| NMFS_008998-NMFS_009134.pdf | NMFS (2005) |
| NMFS_009135-NMFS_009302.pdf | NMFS (2007a) |
| NMFS_009303-NMFS_009460.pdf | NMFS (2007b) |
| NMFS_009461-NMFS_009491.pdf | NMFS (2013a) - 78 FR 47496 |
| NMFS_009492-NMFS_009514.pdf | NMFS (2013b) - 78 FR 51147 |
| NMFS_009515-NMFS_009544.pdf | Norris (2008) |
| NMFS_009545-NMFS_009556.pdf | Nowacek et al. (2003) |
| NMFS_009557-NMFS_009575.pdf | Pace (2011) |
| NMFS_009576-NMFS_009577.pdf | Pace and Silber (2005) |
| NMFS_009578-NMFS_009589.pdf | Panigada et al. (2006) |
| NMFS_009590-NMFS_009659.pdf | Reeves et al. (1996) |
| NMFS_009660-NMFS_009690.pdf | Russell (2001) |
| NMFS_009691-NMFS_009695.pdf | Schaefer et al. (2003) |
| NMFS_009696-NMFS_009819.pdf | Silber and Bettridge (2012) |
| NMFS_009820-NMFS_009885.pdf | Silber et al. (2009) |
| NMFS_009886-NMFS_009895.pdf | Silber et al. (2010) |
| NMFS_009896-NMFS_009908.pdf | Silber et al. (2012) |
| NMFS_009909-NMFS_009938.pdf | Slutsky (2007) |
| NMFS_009939-NMFS_009939.pdf | Tejedor and Sagarminaga (2010) |
| NMFS_009940-NMFS_009943.pdf | Tejedor et al. (2007) |
| NMFS_009944-NMFS_009956.pdf | van der Hoop et al. (2012) |
| NMFS_009957-NMFS_009964.pdf | Van Waerebeek and Leaper (2008) |
| NMFS_009965-NMFS_009977.pdf | Vanderlaan and Taggart (2007) |
| NMFS_009978-NMFS_009990.pdf | Vanderlaan et al. (2009) |
| NMFS_009991-NMFS_010087.pdf | Wade and Angliss (1997) |
| NMFS_010088-NMFS_010105.pdf | Wang et al. (2007) |
| NMFS_010106-NMFS_010121.pdf | Ward-Geiger et al. (2005) |
| NMFS_010122-NMFS_010421.pdf | Waring et al. (2004) |
| NMFS_010422-NMFS_010847.pdf | Waring et al. (2007) |
| NMFS_010848-NMFS_011179.pdf | Waring et al. (2012) |
| NMFS_011180-NMFS_011604.pdf | Waring et al. (2013) |
| NMFS_011605-NMFS_011612.pdf | Wiley et al. (2008) |
| NMFS_011613-NMFS_011617.pdf | Wiley et al. (2011) |