UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

GERALD L. EUBANKS, *et al.*,

   *Plaintiffs*,

v.    No. 8:25-cv-614-CEH

HOWARD LUTNICK, in his official
Capacity as U.S. Sec. of Commerce, *et al.*,

   *Defendants*.

_____/

**MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**

   Federal Defendants (Howard Lutnick, in his official capacity and National Oceanic and Atmospheric Administration), hereby move for a stay in the above-captioned case. In support of this motion, Federal Defendants state as follows:

**MEMORANDUM IN SUPPORT**

   1.   At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for most Executive agencies, including the Federal Defendants. The Department does not know when funding will be restored by Congress.

   2.   Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies

1

involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings (including the deadline to file a response to Plaintiffs' motion for summary judgment (ECF No. 41)) until Congress has restored appropriations to the Department.

4. If this motion for a continuance is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for the other parties have authorized counsel for the Federal Defendants to state that this motion is unopposed.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a continuance of the scheduled status conference until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date: October 21, 2025                Respectfully submitted,

                                      ADAM R.F. GUSTAFSON
                                      Acting Assistant Attorney General

                Environment & Natural Resources Division

By:    /s/ *Mark Arthur Brown*
       MARK ARTHUR BROWN
       (FL Bar 0999504)
       Senior Trial Attorney
       Wildlife and Marine Resources Section
       United States Department of Justice
       P.O. Box 7611
       Washington, D.C. 20044-7611
       TEL: (202) 305-0204
       FAX: (202) 305-0275
       E-mail: mark.brown@usdoj.gov