UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD L. EUBANKS and
DETERMINATION III WESTPORT
130, LLC,

    Plaintiffs,

v.                                                    Case No: 8:25-CV-614-CEH-AAS

HOWARD LUTNICK, *in his official capacity as Secretary of the United States Department of Commerce*, and
NATIONAL OCEANIC AND
ATMOSPHERIC
ADMINISTRATION,

    Defendants.
_____

## ORDER

This matter comes before the Court upon the Defendants' unopposed Motion for Stay in Light of Lapse of Appropriations. Doc. 43. Defendants ask that the Court stay all proceedings and deadlines because of the expiration of the appropriations act which provided funding to the Department of Justice. Absent this funding, Defendants' counsel is prohibited from working except in "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Trial courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones,* 520 U.S. 681, 706 (1997). Further, "district courts have inherent, discretionary authority to issue stays in many circumstances. . . ." *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235,

1241 (11th Cir. 2008) (citation omitted). In its discretion, the Court will grant the Defendants' motion for a stay of proceedings for thirty days.

Accordingly, it is **ORDERED**:

1. Defendants' Motion for Stay in Light of Lapse of Appropriations (Doc. 43) is **GRANTED**.

2. This case is **STAYED** for a period of **thirty (30) days**. The Clerk is directed to terminate deadlines and administratively close the file. Any party may move to lift the stay and reopen this case at any time.

**DONE AND ORDERED** in Tampa, Florida on November 4, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any