UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

GERALD L. EUBANKS, *et al.*,

    *Plaintiffs*,

v.                                                      No. 8:25-cv-614-CEH

HOWARD LUTNICK, in his official
Capacity as U.S. Sec. of Commerce, *et al.*

    *Defendants.*

_____/

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiffs (Gerald L. Eubanks and Determination III 130 Westport, LLC) and Defendants (Howard Lutnick, in his official capacity, and the National Oceanic and Atmospheric Administration), by and through undersigned counsel, hereby move for entry of an amended scheduling order governing the parties' cross-motions for summary judgment in this case.

Consistent with the Court's previous Order (ECF No. 44), which granted a 30-day stay due to the recent lapse of appropriations, the parties have agreed to a proposed schedule as follows:

    12/15/2025 (Defendants to file combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment);

    1/21/2026 (Plaintiffs to file combined summary judgment response/reply brief);

    2/24/2026 (Defendants to file reply brief);

    3/14/2026 (Parties to file joint excerpts of administrative record); and

1

4/2/2026 (existing scheduled oral argument date, or to be rescheduled at Court's convenience).

Pursuant to Local Rule 3.01(d), the parties have conferred and jointly move for five-page extensions of the page limits for Defendants' combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment (*i.e.*, an extension to **thirty (30) pages)** and Plaintiffs' combined summary judgment response/reply brief (i.e., an extension to **twenty (20) pages**). The requested extension is necessary for the parties to adequately address the legal issues in this case.

WHEREFORE, the parties respectfully request the Court to enter the proposed scheduling order filed herewith, including the requested extensions of the page limits.

Date: November 19, 2025              Respectfully submitted,

                                                ADAM R.F. GUSTAFSON
                                                Principal Deputy Assistant Attorney General
                                                Environment & Natural Resources Division

                                 By:   /s/ *Mark Arthur Brown*
                                                MARK ARTHUR BROWN
                                                (FL Bar 0999504)
                                                Senior Trial Attorney
                                                Wildlife and Marine Resources Section
                                                United States Department of Justice
                                                P.O. Box 7611
                                                Washington, D.C. 20044-7611
                                                TEL: (202) 305-0204
                                                FAX: (202) 305-0275
                                                E-mail: mark.brown@usdoj.gov

                                                *Attorneys for Defendants*

/s/ Oliver J. Dunford
OLIVER J. DUNFORD
Fla. Bar No. 1017791
*Local Counsel*
PACIFIC LEGAL FOUNDATION
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: 916.503.9060
ODunford@pacificlegal.org

MICHAEL POON
Cal. Bar No. 320156
*Lead Counsel*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: 916.419.7111
MPoon@pacificlegal.org

*Attorneys for Plaintiffs*