# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GERALD L. EUBANKS and
DETERMINATION III WESTPORT 130,
LLC,

    Plaintiffs,

v.                                                    Case No: 8:25-CV-614-CEH-AAS

HOWARD LUTNICK, *in his official capacity as Secretary of the United States Department of Commerce*, and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,

    Defendants.

___

## **ORDER**

This matter is before the Court upon the parties' Joint Motion for Entry of Amended Scheduling Order (Doc. 45). On October 21, 2025, Defendants filed a Motion for Stay in Light of Lapse of Appropriations (Doc. 43). In their motion, Defendants asked that the Court stay all proceedings and deadlines because of the expiration of the appropriations act which provided funding to the Department of Justice. On November 4, 2025, the Court entered an order granting Defendants' motion and staying the case for a period of thirty days (Doc. 44). On November 12, 2025, Congress passed a funding extension bill to reopen the federal government.[1]

___

[1] Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, Pub. L. No. 119-37 (2025).

In their joint motion, the parties move for an amended scheduling order and extension of the page limits for Defendants' combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment and Plaintiffs' combined summary judgment response/reply brief. The Court, having considered the motion and being fully advised in the premises, will grant the parties' motion and re-open this case.

Accordingly, it is **ORDERED**:

1. The Clerk is directed to lift the stay of this action and reopen this case.

2. Parties' Joint Motion for Entry of Amended Scheduling Order (Doc. 45) is **GRANTED**.

3. The Court sets the following schedule:

    a. Defendants to file combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment: December 22, 2025.
    b. Plaintiffs to file combined summary judgment response and reply: January 28, 2026.
    c. Defendants to file reply: March 3, 2026.
    d. Parties to file joint excerpts of administrative record: March 20, 2026.
    e. Oral argument on the motions for summary judgment: April 10, 2026 at 1:30 p.m.

4. The Court sets the following requirements for the summary judgment briefing:

    a. Defendants' combined response and cross motion for summary judgment shall be no more than **thirty (30) pages**.
    b. Plaintiffs' combined response and reply shall be no more than **twenty (20) pages**.

**DONE AND ORDERED** at Tampa, Florida on December 5, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any