UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

GERALD L. EUBANKS, *et al.*,

*Plaintiffs*,

v. No. 8:25-cv-614-CEH

HOWARD LUTNICK, in his official Capacity as U.S. Sec. of Commerce, *et al.,*

*Defendants.*

______________________________________/

**FEDERAL DEFENDANTS' NOTICE OF RESCISSION OF ENDANGERED SPECIES ACT DEFINITION OF "HARM"**

PLEASE TAKE NOTICE that the U.S. Fish and Wildlife Service ("FWS") and National Marine Fisheries Service ("NMFS") (collectively "the Services") recently published a rule rescinding the Services' regulatory definitions of "harm," 50 C.F.R. §§ 17.3, 222.102, as that term is referenced in the statutory definition of "take" under the Endangered Species Act ("ESA"), 16 U.S.C. § 1532(19). *See* 91 Fed. Reg. 43300, 43302 (July 14, 2026) (effective Sept. 14, 2026). Federal Defendants are considering whether the harm rescission rule has any bearing on Federal Defendants' arguments in the instant case. Undersigned counsel will confer with counsel for the other parties to determine whether any further action is appropriate.

Date: September 25, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General
Energy & Natural Resources Division

By: *<u>/s/ Mark Arthur Brown</u>*

MARK ARTHUR BROWN
(FL Bar 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 532-3103