UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

GERALD L. EUBANKS, *et al.*,

*Plaintiffs*,

v. No. 8:25-cv-614-CEH

HOWARD LUTNICK, in his official
Capacity as U.S. Sec. of Commerce, *et al.,*

*Defendants.*

_____________________________________/

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM**

Federal Defendants Howard Lutnick, et al., respectfully move for an extension of time, to and including November 9, 2026, to file supplemental briefing in response to the Court's Minute Order, Dkt. No. 72, directing the parties to address whether the Endangered Species Act ("ESA") harm rescission rule has any bearing on the issues presently before the Court. In support of this motion, Federal Defendants state as follows:

Good cause exists for the requested extension. Undersigned counsel must confer with agency counsel as well as other Department of Justice counsel to vet legal positions that may have implications for litigation beyond the instant case. Moreover, the supplemental brief will need to be reviewed and approved both by Federal Defendants and DOJ officials.

Plaintiffs' counsel has authorized undersigned counsel to represent that Plaintiffs do not oppose the relief requested in this motion, provided the Court also extends Plaintiffs' filing deadline.

Date: October 7, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General
Energy & Natural Resources Division

By: /s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
(FL Bar 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 532-3103